IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KIMBERLY S. WOMACK,

    Plaintiff,

v.

MERCY HOSPITAL OKLAHOMA CITY, INC., et al.,

    Defendants.

Case No. 5:19-cv-00683-R

**DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Mercy Hospital Oklahoma City, Inc. (the "Defendant"), pursuant to LCvR 7.1(h), respectfully moves the Court for a two-week extension of time to file its answer or otherwise respond to Plaintiff's Complaint ("Complaint") [Doc. 1] filed on July 26, 2019. In support of the requested extension, Defendant shows the Court as follows:

1. Currently, Defendant's response to the Complaint is due January 24, 2020.

2. No previous motions for extension have been made.

3. Due to the nature of the claims in Plaintiff's Complaint, the volume of documents necessary to review before an adequate response is filed, and the fact that Defendant's counsel's contacts with Defendant's legal department are out on leave, Defendant is seeking a two-week extension of time to file its response to the Complaint.

4. Plaintiff has been contacted and does not object to the requested extension.

5. The current response date will be the only deadline affected in the case because no scheduling order is in place.

6. Defendant respectfully moves the Court for an extension of time to file its answer or otherwise respond to the Complaint by two weeks or until February 7, 2020.

/s/ *Justin P. Grose*
Samuel R. Fulkerson, OBA #14370
Justin P. Grose, OBA #31073
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
sam.fulkerson@ogletree.com
justin.grose@ogletree.com
621 N. Robinson Ave., Ste. 400
Oklahoma City, OK 73102
Telephone:  (405) 546-3758
Facsimile:   (405)546-3775
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

This is to certify that on January 14, 2020, a true and correct copy of the foregoing was forwarded by U.S. First-Class Mail and email upon the following:

Kimberly S. Womack
12905 Elrond Drive
Oklahoma City, OK  73170
womack-5@outlook.com
***Pro Se Plaintiff***

/s/ *Justin P. Grose*
Justin P. Grose

41430392.1